

**331 NEWMAN SPRINGS ROAD**
**BUILDING 3, SUITE #310**
**RED BANK, NJ 07701**
732.780.5590 • sh-law.com

**JOEL N. KREIZMAN** | Partner
jkreizman@sh-law.com
Phone: 732-568-8363

August 19, 2025

<u>**VIA ECF**</u>
Hon. J. Brendan Day, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

        Re:    **<u>Lexon Insurance Company v. Borough of Union Beach</u>**
                **Case Number: 3:19-cv-14655-FLW-LHG**
                **SH File No.: 12291.3000**

Dear Judge Day:

I need to inform you that the above matter, which had been reported to have settled, ultimately did not in fact settle. There was a misunderstanding, i.e., there was no meeting of minds, which has not been able to be overcome.

Accordingly, I respectfully request that the matter be listed for trial.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Joel N. Kreizman*

JOEL N. KREIZMAN
FOR THE FIRM

JNK/mf

cc:    Kyle D. Gooch, Esq. – *via ECF*